The Law Office of Anthony Paul Diehl
Anthony Paul Diehl, Esq. SBN 342160
104 Blue Note
Irvine, California 92618
Phone (949) 694-9702
Facsimile (949) 694-9704
anthony@apdlaw.net

*Attorney for Plaintiff*
*Michael Sumner*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION**

| | |
|---|---|
| MICHAEL SUMNER,<br>Plaintiff,<br><br>vs.<br><br>THE BANK OF MISSOURI, ASPIRE, ATLANTICUS HOLDINGS CORPORATION, AND DOES 1 THROUGH 20,<br>Defendants. | Case No. 5:25-cv-01482-MRA-(DTBx)<br><br>**PLAINTIFF MICHAEL SUMNER'S NOTICE OF MOTION AND MOTION TO REMAND ACTION PURSUANT TO 28 U.S.C. § 1447(C)** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that on August 11, 2025 at 1:30 p.m., or as soon thereafter as the matter may be heard, in Courtroom 9B of the United States District Court for the Central District of California, located at 411 West Fourth Street, Santa Ana, California 92701, before the Honorable Mónica Ramírez Almadani, United States District Judge, Plaintiff Michael Sumner will and hereby does move for an order remanding this action to the Superior Court of California County of

San Bernardino. Plaintiff further requests an award of just costs and attorney's fees incurred as a result of Defendants' improper removal, pursuant to 28 U.S.C. § 1447(c).

This motion rests on the simple fact that the Court lacks subject-matter jurisdiction. Plaintiff sues only under California's Rosenthal Fair Debt Collection Practices Act, Cal. Civ. Code §§ 1788–1788.32; the complaint pleads no stand-alone FDCPA or any other federal claim. Defendants nevertheless removed under 28 U.S.C. § 1331, arguing that cross-references to FDCPA duties in § 1788.17 create a federal question. Defendants also failed to establish any alternative basis for removal. The case was filed as a limited-civil action and seeks at most $1,000 per defendant in statutory damages, modest actual damages, and Rosenthal-Act fees, far below the $75,000 threshold of 28 U.S.C. § 1332(a). Defendants have shown neither complete diversity nor an amount in controversy that exceeds $75,000. Because removal was improper from the start, Plaintiff further seeks an award of costs and fees under § 1447(c) due to Defendants' lack of an objectively reasonable basis for removal.

This Motion is made pursuant to 28 U.S.C. § 1447(c) and Central District of California Local Rule 7-3. It is based on this Notice of Motion and Motion, the attached Memorandum of Points and Authorities, all pleadings and papers on file in this action, and any other evidence or argument that may be presented at or before the hearing on this matter.

**RESPECTFULLY SUBMITTED,**
**THE LAW OFFICE OF**
**ANTHONY PAUL DIEHL**

Dated: June 23, 2025.

By: /s/ Anthony P. Diehl
Anthony Diehl, Esq.